UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE KAREN S. CRAWFORD)

| | |
|---|---|
| United States of America, | Case No: 20cr0160-H |
| Plaintiff, | |
| v. | Order Modifying Terms Of Pre-Trial Release |
| Ongkaruck Sripetch, | |
| Defendant. | |

For good cause shown, and with no opposition from the United States or from Pretrial Services, **it is hereby ordered** that the conditions of pre-trial release for Ongkaruck Sripetch be modified as follows:

(1) Mr. Sripetch is permitted to travel to the Eastern District of California at the discretion of Pretrial Services, beginning no earlier than November 21, 2021, and returning no later than November 30, 2021.

(2) All other terms and conditions remain in effect.

**SO ORDERED.**

Dated: 11/16/21

Hon. Karen S. Crawford
United States Magistrate Judge