UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 15, U.S.C., Secs. 77e(a)(1) and 77x – Offer and Sale of Unregistered Securities |
| ONGKARUCK SRIPETCH,<br>    aka King Richards,<br>    aka Shelby Saint-Claire, | |
| Defendant. | |

The United States Attorney charges, at all times relevant herein:

### Count 1 – Offer and Sale of Unregistered Securities
(15 U.S.C. §§ 77e(a)(1) and 77x)

1. Between June 2013 and February 2014, in the Southern District of California, and elsewhere, defendant ONGKARUCK SRIPETCH, aka King Richards, aka Shelby Saint-Claire, willfully used and caused to be used the means and instruments of transportation and communication in interstate commerce and the mails to sell securities of Abby, Inc., when no registration statements were filed with the SEC and in effect as to

//
//
//

such securities.

All in violation of Title 15, United States Code, Sections 77e and 77x.

DATED: February 9, 2022.

RANDY S. GROSSMAN
United States Attorney

ANDREW J. GALVIN
Assistant U.S. Attorney